IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



UNITED STATES OF AMERICA

v.

YOBANI ALEXANDER RAMOS IRAHETA

No. 2-21CR-053-Z

[To be filed under seal]

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

The United States of America ("the government"), by and through the United States Attorney for the Northern District of Texas, moves for an order sealing the indictment returned by the grand jury in the above-captioned criminal case. The government requests that the indictment remain sealed until such time as the defendant is apprehended and has made an initial appearance in federal court, or until further order of the Court. The government believes that the public release of the indictment before the defendant is apprehended would undermine the pursuit of justice.

The government, however, requests that the case against the defendant be unsealed upon his apprehension and initial appearance in federal court.

Respectfully Submitted,

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

₩ MEREDITH PINKHAM
Assistant United States Attorney
Texas State Bar No. 24073429
500 South Taylor Street, Suite 300
Amarillo, Texas   79101-2446
Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:   meredith.pinkham@usdoj.gov