CLOSED

# U.S. District Court
# District of Hawaii (Hawaii)
# CRIMINAL DOCKET FOR CASE #: 1:24-mj-00379-WRP-1

| | |
|---|---|
| Case title: USA v. Ramos Iraheta | Date Filed: 04/16/2024 |
| Other court case number: 2:21-cr-00053-Z-BR Texas Northern | Date Terminated: 04/23/2024 |

Assigned to: MAGISTRATE JUDGE WES REBER PORTER

**Defendant (1)**

**Yobani Alexander Ramos Iraheta**　　　　　　represented by　**Jacquelyn Tryon Esser**
*TERMINATED: 04/23/2024*　　　　　　　　　　　　　　　　　Office of the Federal Public Defender
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PJKK Federal Building
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　300 Ala Moana Blvd Rm 7-104
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honolulu, HI 96850
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　808-541-2521
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 808-541-3545
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jacquelyn_esser@fd.org
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|

| | |
|---|---|
| SUBSTANCE, Conspiracy to distribute and possess with intent to distribute methamphetamine, a Schedule II controlled substance, 21 U.S.C. § 846; Count 2: Possession with intent to distribute methamphetamine, a Schedule II controlled substance, 21 U.S.C. §§ 841(a)(l) and 841(b)(l)(C) | Transferred to the Northern District of Texas |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Gregg Paris Yates**<br>Office of the United States Attorney-Honolulu<br>Prince Kuhio Federal Building<br>300 Ala Moana Blvd Ste 6100<br>Honolulu, HI 96850<br>(808) 541-2850<br>Fax: (808) 541-2958<br>Email: gregg.yates@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government* |

[ Email All Attorneys ]
[ Email All Attorneys inc. Terminated Defendants ]
[ Email All Attorneys and Additional Recipients ]

| Date Filed | # | Docket Text |
|---|---|---|
| 04/15/2024 | | Arrest (Rule 5 ) of Yobani Alexander Ramos Iraheta (eta) (Entered: 04/16/2024) |
| 04/16/2024 | 1 | RULE 5 AFFIDAVIT of Ademola Titcombe - by USA as to Yobani Alexander Ramos Iraheta (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(eta) (Entered: 04/16/2024) |
| 04/16/2024 | 2 | EO: as to Yobani Alexander Ramos Iraheta - A Rule 5 (Out) Initial Appearance is set for 4/17/2024 at 10:30 AM in Courtroom 5 before MAGISTRATE JUDGE ROM TRADER. (Attorney Jacquelyn Tryon Esser and the Office of the Federal Public Defender are provisionally appointed as counsel pending submission of Defendant's financial affidavit.)<br><br>(MAGISTRATE JUDGE ROM TRADER)<br>(jo) (Entered: 04/16/2024) |
| 04/17/2024 | 3 | MOTION to Detain *Defendant Without Bail; Certificate of Service* by USA as to Yobani Alexander Ramos Iraheta. (Yates, Gregg) (Entered: 04/17/2024) |
| 04/17/2024 | 4 | EP :Initial Appearance in Rule 5(c)(3) Proceedings as to Yobani Alexander Ramos Iraheta held on 4/17/2024. Defendant Yobani Alexander Ramos Iraheta ("Defendant") present and in custody.<br><br>Appointment of Counsel:<br>Defendant sworn to Financial Affidavit. Court appoints Jacquelyn Tryon Esser and the Office |

| | | |
|---|---|---|
| | | Initial Appearance:<br>Defendant charged by Indictment in the U.S. District Court for the Northern District of Texas. Ms. Esser has reviewed the Indictment with Defendant. Defendant acknowledges general understanding of the charges.<br><br>Waiver of Rule 5 & 5.1:<br>Court informs Defendant of his right to an Identity Hearing and Production of the Arrest Warrant. Court provided with *Waiver of Rule 5 & 5.1 Hearings* form signed by Defendant. Court confirms Defendant's waiver of rights as documented in the waiver form. Court finds Defendant's waivers to be knowingly, voluntarily and intelligently made. Court accepts Defendant's waivers. *Waiver of Rule 5 & 5.1 Hearings* form filed.<br><br>Detention/Release:<br>In light of the Government's [ECF 3 ] Motion to Detain Defendant Without Bail, the Court schedules a **Detention Hearing for 4/22/2024 at 10:30 a.m.** in Courtroom 7 before Magistrate Judge Wes Reber Porter.<br><br>Defendant is remanded to the custody of the U.S. Marshals Service.<br><br>Initial Appearance in Rule 5(c)(3) Proceedings as to Yobani Alexander Ramos Iraheta held on 4/17/2024; Detention Hearing is set for 4/22/2024 10:30 AM in Courtroom 7 before MAGISTRATE JUDGE WES REBER PORTER.<br><br>(FTR-CT 5 / 10:30-10:35 AM) (MAGISTRATE JUDGE ROM TRADER)<br>(eta) (Entered: 04/17/2024) |
| 04/17/2024 | 5 | CJA 23 Financial Affidavit - by Yobani Alexander Ramos Iraheta<br>(jo) (Entered: 04/17/2024) |
| 04/17/2024 | 6 | WAIVER OF RULE 5 & 5.1 HEARINGS - by Yobani Alexander Ramos Iraheta<br>(jo) (Entered: 04/17/2024) |
| 04/22/2024 | 7 | EP : Detention Hearing as to Yobani Alexander Ramos Iraheta held on 4/22/2024.<br><br>AUSA Gregg Yates appeared on behalf of the United States.<br>Ms. Jacquelyn Esser appeared on behalf of Defendant.<br>Defendant present and in custody.<br><br>The Court held a Detention Hearing.<br><br>The Court took judicial notice of the U.S. Pretrial Services' Report, other documents on file and found the conditions recommended by Pretrial Services sufficient to reasonably assure the appearance of the defendant as required and the safety of the community.<br><br>Court adopted the recommendations of Pretrial Services and ordered the Defendantreleased on an **unsecured bond** in the amount of **$50,000.00** with the following conditions (see attached).<br><br>**These minutes will stand as the conditions of bond. IT IS SO ORDERED.**<br><br>Government's ECF No. 3 Motion to Detain Defendant Without Bail - DENIED.<br><br>Order Requiring A Defendant to Appear in the District Where Charges Are Pending and Transferring Bail - signed and filed. |

| | | |
|---|---|---|
| | | Detention Hearing as to Yobani Alexander Ramos Iraheta held on 4/22/2024; denying 3 Motion to Detain as to Yobani Alexander Ramos Iraheta (1); Motions terminated as to Yobani Alexander Ramos Iraheta: 3 MOTION to Detain *Defendant Without Bail; Certificate of Service* filed by USA.; Bond set as to Yobani Alexander Ramos Iraheta (1) $50,000.00 UNSECURED.<br><br>(FTR-CT 7 / 10:51-11:03 AM) (MAGISTRATE JUDGE WES REBER PORTER) (eta) (Entered: 04/22/2024) |
| 04/22/2024 | 8 | Abstract of Release as to Yobani Alexander Ramos Iraheta (eta) (Entered: 04/23/2024) |
| 04/22/2024 | 9 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Yobani Alexander Ramos Iraheta - Signed by MAGISTRATE JUDGE WES REBER PORTER on 4/22/2024. (eta) (Entered: 04/23/2024) |
| 04/23/2024 | 10 | Clerk's Office Transmittal Letter to the Northern District of Texas (Amarillo) as to Yobani Alexander Ramos Iraheta, dated April 23, 2024. (eta) (Entered: 04/23/2024) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Apr 16, 2024, 2:13 pm
Lucy H. Carrillo, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 24-00379 WRP |
| ) | |
| Plaintiff, ) | CASE NO. 1:21-CR-053-Z (NDTX) |
| ) | |
| vs. ) | |
| ) | RULE 5 AFFIDAVIT OF |
| YOBANI ALEXANDER ) | ADEMOLA TITCOMBE |
| RAMOS IRAHETA, ) | EXHIBITS A-C. |
| ) | |
| Defendant. ) | |

## RULE 5 AFFIDAVIT OF ADEMOLA TITCOMBE

I, ADEMOLA TITCOMBE, declare and state as follows:

1. I am a Deputy U.S. Marshal with the United States Marshals Service.

2. I am informed and believe that on June 24, 2021, an Indictment was filed in the Northern District of Texas, charging the defendant, YOBANI ALEXANDER RAMOS IRAHETA, with violating 21 U.S.C. § 846 (Count 1- Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Methamphetamine) and 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) (Count 2 – Possession with Intent to Distribute Methamphetamine). *See* Exhibit A.

3. I am informed and believe that on June 24, 2021, a warrant for the arrest of RAMOS IRAHETA was issued. Exhibit B.

4.      Pursuant to this arrest warrant, Federal law enforcement agents arrested RAMOS IRAHETA at the Honolulu International Airport in the District of Hawaii.  Exhibit C.  Law enforcement agents in the District of Hawaii identified RAMOS IRAHETA by reference to a booking photograph provided by the United States Marshals Service in the Northern District of Texas.  At the time of his arrest, RAMOS IRAHETA had in his possession an airline boarding pass and luggage that bore his name.  RAMOS IRAHETA was subsequently interviewed by law enforcement agents.  Upon questioning, RAMOS IRAHETA gave his name, date of birth, and social security number to the agents, thereby confirming his identify.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 16, 2024, at Honolulu, Hawaii.

_____
ADEMOLA TITCOMBE

SWORN TO BEFORE ME TELEPHONICALLY AND SUBSCRIBED IN MY PRESENCE AT 2:03 PM ON THIS 16TH DAY OF APRIL 2024, AT HONOLULU, HAWAII.



_____
Rom A. Trader
United States Magistrate Judge

2

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

GREGG PARIS YATES #8225
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
E-mail:  Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | MAG. NO. 24-00379 WRP |
|---|---|---|
| Plaintiff, | ) | MOTION TO DETAIN DEFENDANT WITHOUT BAIL; CERTIFICATE OF SERVICE |
| vs. | ) | |
| YOBANI ALEXANDER RAMOS IRAHETA, | ) | |
| Defendant. | ) | |

MOTION TO DETAIN DEFENDANT WITHOUT BAIL

The United States hereby moves to detain defendant without bail, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>.   This defendant is eligible for detention because the case involves (check all that apply):

|     |     |     |
|-----|-----|-----|
| _____ | a. | Offense committed on release pending felony trial (3142(d)(1)(A)(i))* |
| _____ | b. | Offense committed on release pending imposition, execution, or appeal of sentence, conviction or completion of sentence (3142(d)(1)(A)(ii))* |
| _____ | c. | Offense committed while on probation Or parole (3142(d)(1)(A)(iii)) |
| _____ | d. | A citizen of a foreign country or unlawfully admitted person (3142(d)(1)(B))* |
| _____ | e. | Crime of violence (3142(f)(1)(A)) |
| _____ | f. | Maximum sentence life imprisonment or death (3142(f)(1)(B)) |
| __X__ | g. | 10+ year drug offense (3142(f)(1)(C)) |
| _____ | h. | Felony, with two prior convictions in above categories (3142(f)(1)(D)) |
| _____ | i. | Felony not otherwise a crime of violence involving a minor victim (3142(f)(1)(E)) |
| _____ | j. | Felony not otherwise a crime of violence involving the possession or use of a firearm, destructive device, or dangerous weapon (3142(f)(1)(E)) |
| _____ | k. | Felony not otherwise a crime of violence involving a failure to register under 18 U.S.C. § 2250 (3142(f)(1)(E)) |

2

   __X__    l.    Serious risk defendant will flee (3142(f)(2)(A))

   ____    m.    Danger to other person or community

   ____    n.    Serious risk obstruction of justice (3142(f)(2)(B))

   ____    o.    Serious risk threat, injury, intimidation of prospective witness or juror (3142(f)(2)(B))

2.   <u>Reason for Detention</u>.   The court should detain defendant (check all that apply):

   __X__  a.    Because there is no condition or combination of conditions of release which will reasonably assure defendant's appearance as required (3142(e))

   ____  b.    Because there is no condition or combination of conditions of release which will reasonably assure the safety of any other person and the community (3142(e))

   ____  c.    Pending notification of appropriate court or official (not more than 10 working days (3142(d))

3.  <u>Rebuttable Presumption</u>.  A rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of the community arises under Section 3142(e) because (check all that apply):

   __X__  a.    Probable cause to believe defendant committed 10+ year drug offense

3

   ____ b.  Probable cause to believe defendant committed an offense under 18 U.S.C. § 924(c)

   ____ c.  Probable cause to believe defendant committed an offense under 18 U.S.C. § 956(a) or 2332b

   ____ d.  Probable cause to believe defendant committed 10+ year offense listed in 18 U.S.C. § 2332b(g)(5)(B)

   ____ e.  Probable cause to believe defendant committed an offense involving a minor victim listed in 18 U.S.C. § 3142(e)

   ____ f.  Previous conviction for eligible offense committed while on pretrial release

4. <u>Time for Detention Hearing</u>. The United States requests that the court conduct the detention hearing:

   ____ a.  At first appearance

   _X_ b.  After continuance of _3_ days (not more than 3)

/
//
//
//
//
//
//

4

      5.    <u>Out of District Rule 5 Cases</u>.   The United States requests that the detention hearing be held:

           \_\_\_\_ a.    In the District of Hawaii

           \_X\_ b.    In the District where charges were filed

      6.    <u>Other Matters</u>.

DATED:   April 17, 2024, at Honolulu, Hawaii.

                                        CLARE E. CONNORS
                                        United States Attorney
                                        District of Hawaii

                                        By <u>*/s/ Gregg Paris Yates*</u>
                                            GREGG PARIS YATES
                                            Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following:

Served Electronically through CM/ECF:

Jacquelyn T. Esser, Esq.
Assistant Federal Defender

Attorney for Defendant
YOBANI ALEXANDER RAMOS IRAHETA

DATED: April 17, 2024, at Honolulu, Hawaii.

/s/ Tiani Kaneakua
U.S. Attorney's Office
District of Hawaii

# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:24-MJ-00379-WRP-1 |
| CASE NAME: | United States of America vs. Yobani Alexander Ramos Iraheta |
| ATTY FOR PLA: | Gregg Paris Yates |
| ATTY FOR DEFT: | Jacquelyn Tryon Esser |
| US PROB OFFICER: | Grace Canella |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | FTR-CT 5 |
| DATE: | 04/17/2024 | TIME: | 10:30 AM-10:35 AM |

COURT ACTION: EP:

Defendant Yobani Alexander Ramos Iraheta ("Defendant") present and in custody.

Appointment of Counsel:

Defendant sworn to Financial Affidavit. Court appoints Jacquelyn Tryon Esser and the Office of the Federal Public Defender as counsel for Defendant. Financial Affidavit filed.

Initial Appearance:

Defendant charged by Indictment in the U.S. District Court for the Northern District of Texas. Ms. Esser has reviewed the Indictment with Defendant. Defendant acknowledges general understanding of the charges.

Waiver of Rule 5 & 5.1:

Court informs Defendant of his right to an Identity Hearing and Production of the Arrest Warrant. Court provided with *Waiver of Rule 5 & 5.1 Hearings* form signed by Defendant. Court confirms Defendant's waiver of rights as documented in the waiver form. Court finds Defendant's waivers to be knowingly, voluntarily and intelligently made. Court accepts Defendant's waivers. *Waiver of Rule 5 & 5.1 Hearings* form filed.

<u>Detention/Release</u>:

In light of the Government's [ECF [3]] *Motion to Detain Defendant Without Bail*, the Court schedules a **Detention Hearing** for **4/22/2024 at 10:30 a.m.** in Courtroom 7 before Magistrate Judge Wes Reber Porter.

Defendant is remanded to the custody of the U.S. Marshals Service.

*Submitted by: Jocelyn Orosz, Courtroom Manager*

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 17 2024
at 10 o'clock and 35 min. A M
Lucy H. Carrillo, Clerk

| United States of America | ) |
| v. | ) Case No. 1:21-CR-053-2 (NDTX) |
|  | ) 24-00379 WRP |
| Yobani Alexander Ramas Iraheta | ) Charging District's Case No. 1:21-CR-053-2 (NDTX) |
| Defendant | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Northern District of Texas Amarillo Division.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 4/17/24

_____
Defendant's signature

_____
Signature of defendant's attorney

Jacquelyn Esser
Printed name of defendant's attorney

## MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:24-MJ-00379 WRP |
| CASE NAME: | United States of America v. Yobani Alexander Ramos Iraheta |
| ATTYS FOR PLA: | Gregg Yates, AUSA |
| ATTYS FOR DEFT: | Jacquelyn Esser, AFPD |
| U.S. PROB Officer: | Justin Jo & Erin Patrick |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | FTR - CR 7 |
| DATE: | 04/22/2024 | TIME: | 10:51 - 11:03 am |

COURT ACTION:  EP:  DETENTION HEARING as to Defendant Yobani Alexander Ramos Iraheta held.

AUSA Gregg Yates appeared on behalf of the United States.

Ms. Jacquelyn Esser appeared on behalf of Defendant.

Defendant present and in custody.

The Court held a Detention Hearing.

The Court took judicial notice of the U.S. Pretrial Services' Report, other documents on file and found the conditions recommended by Pretrial Services sufficient to reasonably assure the appearance of the defendant as required and the safety of the community.

Court adopted the recommendations of Pretrial Services and ordered the Defendant released on an **unsecured bond** in the amount of **$50,000.00** with the following conditions:

(7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services. You are required to inform Pretrial Services within 24 hours of any contact with law enforcement, including but not limited to, any arrest, questioning (excludes instant offense), or traffic stop.

(7g2) Do not apply for/obtain a passport.

(7h3) Travel is restricted to: **the District of Arizona and the District of Northern Texas**.

(7i) Do not change residence without the advance approval of Pretrial Services.

(7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

(7u1) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

(7v1) To ensure compliance with the restriction on illicit drug use, submit to random drug detection testing as approved by Pretrial Services. Do not obstruct, attempt to obstruct, or tamper with the drug detection testing process in any manner.

(7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

Other Condition: **You are required to appear for all required court hearings in the Northern District of Texas**.

In addition to the Special Conditions of Release as specified above, you are subject to the following conditions:

You shall not commit any offense in violation of federal, state, or local law while on release in this case.

You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

You must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

The conditions of release, the court's advisory that the defendant could be brought back before the court for any violations and that defendant could be detained pending trial thereafter were affirmed by the Court with defendant along with the consequences of violating these conditions.

The Court also informed the Defendant that the Pretrial Service officer will have, and can go over these conditions as well.

**These minutes will stand as the conditions of bond. IT IS SO ORDERED.**

Government's ECF No. [3] Motion to Detain Defendant Without Bail - DENIED.

Order Requiring A Defendant to Appear in the District Where Charges Are Pending and Transferring Bail - signed and filed.

Abstract of Release filed. Defendant ordered released forthwith and placed on pretrial release.

*Submitted by: Jocelyn Orosz, Courtroom Manager*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 22 2024

at 11 o'clock and 05 min. A M JO
Lucy H. Carrillo, Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER MJ 24-00399 WRP |
| | ) | |
| vs | ) | ABSTRACT OF RELEASE |
| | ) | |
| Yobani Alexander Ramos Iraheta | ) | |

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of __April 22, 2024__ the Court entered the following order:

__X__ Defendant to be released from custody forthwith

    __X__ Released to / continued on pretrial release

    _____ Sentenced to time served

    _____ Case Dismissed

    _____ Released to / continued on supervised probation / unsupervised probation

    _____ Released to / continued on supervised release

_____ Defendant to be released once bond conditions are met. As conditions have been met effective _____, defendant to be released forthwith.

_____ Bench warrant recalled

_____ Other: _____

Lucy Carrillo
~~Sue Beitia~~, Clerk of Court

JO. Deputy Clerk
by: _____ Deputy Clerk

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 22 2024

at 11 o'clock and 05 min. AM
Lucy H. Carrillo, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. MAG. NO. 24-0379 WRP |
| YOBANI ALEXANDER RAMOS IRAHETA, | ) | |
|  | ) | Charging District: Northern District of Texas |
| *Defendant* | ) | Charging District's Case No. 2:21CR-053-Z-BR |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States Courthouse<br>205 SE 5th Avenue<br>Amarillo, Texas 79101 | Courtroom No.: 2d Floor Courtroom |
|---|---|
|  | Date and Time: 5/6/2024 1:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 4/22/2024

_____
*Judge's signature*

Wes Reber Porter, United States Magistrate Judge
*Printed name and title*