**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | No. 2:21-CR-0053-Z |
| | § | |
| **YOBANI ALEXANDER RAMOS IRAHETA** | § | |
| **Defendant.** | § | |

**DEFENDANT'S UNOPPOSED MOTION TO**
**MODIFY PRETRIAL RELEASE CONDITIONS**

COMES NOW Defendant, **Yobani Alexander Ramos Iraheta ("Mr. Iraheta")**, by and through undersigned counsel, and requests that the Court modify his current conditions of pretrial release.  In support, Defendant submits the following:

1.  Mr. Iraheta is on pretrial release and has been compliant.

2.  Condition 7h3 of the Release Order and Conditions of Release issued by the Honorable Wes Reber Porter, on April 22, 2024, ordered that travel is restricted to: the District of Arizona and the District of Northern of Texas. Moreover, Condition 7i ordered: Do not change residence without the approval of Pretrial Services.

3.   Mr. Iraheta is requesting to be able to travel to the state of New Mexico for employment purposes.  The project might take up to 3 weeks. Mr. Iraheta will be living in New Mexico for the full period of the employment project.

4.  Both Pretrial officers from Arizona and Texas do not oppose this motion.

5.  Counsel has conferred with the counsel for the government regarding this motion. The government is not opposed to the modification.

1

WHEREFORE, Mr. Iraheta asks that the Court modify his conditions of pretrial release to grant permission to travel for employment purposes.


Respectfully submitted,


*/s/ Eric Coats*
ERIC COATS
Assistant Federal Public Defender
Northern District of Texas
Texas Bar No. 00783845
500 S. Taylor St., Suite 110
Amarillo, Texas 79101
Phone 806-324-2370


**CERTIFICATE OF CONFERENCE**

I certify that I have conferred with Assistant United States Attorney Morgan Casey, who confirms that the government is not opposed to this request, as set forth above.

*/s/ Eric Coats*
ERIC COATS


**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2024, I personally filed a true and correct copy of the foregoing motion via the Court's CM/ECF system, thereby providing service on attorneys of record.

*/s/ Eric Coats*
ERIC COATS