CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:25-mj-08120-JZB All Defendants

| | |
|---|---|
| Case title: USA v. Ramos Iraheta | Date Filed: 02/26/2025 |
| Other court case number: 2:21-cr-00053-Z-BR-1 Northern District of Texas, Amarillo Division | Date Terminated: 03/04/2025 |

Assigned to: Magistrate Judge John Z Boyle

### Defendant (1)

| | | |
|---|---|---|
| **Yobani Alexander Ramos Iraheta**<br>11092-506<br>*TERMINATED: 03/04/2025* | represented by | **Keith Everett Terry , III**<br>Federal Public Defender's Office - Phoenix<br>250 N 7th Ave., Ste. 600<br>Phoenix, AZ 85007<br>602-382-2778<br>Email: keith_terry@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** |
|---|
| None |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** |
|---|
| None |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 - Bench Warrant for Failure to Appear at Rearraignment | |

### Plaintiff

represented by Abbie Broughton
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
602-514-7500
Email: abbie.broughton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2025 | 1 | *Arrest of Yobani Alexander Ramos Iraheta on 2/26/2025 (Rule 5 - Warrant from the Northern District of Texas re: Indictment). (MRH) *Modified to reflect incorrect documents attached; refiled with correct documents at doc 2 on 2/27/2025 (CEI). (Entered: 02/27/2025) |
| 02/26/2025 | 2 | Arrest of Yobani Alexander Ramos Iraheta on 2/26/2025 (Rule 5 - Bench Warrant from the Northern District of Texas re: Failure to Appear). (MRH) (Entered: 02/27/2025) |
| 02/27/2025 | 3 | MINUTE ENTRY for proceedings held before Magistrate Judge John Z Boyle: Initial Appearance in Rule 5(c)(3) Proceedings as to Yobani Alexander Ramos Iraheta held on 2/27/2025. FINANCIAL AFFIDAVIT TAKEN. Appearance entered by Keith Everett Terry, III on behalf of defendant for hearings in the District of Arizona. Rule 5(c)(3) Identity Hearing waived. The Court finds that identity has been established. Defendant reserves hearings for the prosecuting district. Commitment to Another District Order to follow. Defendant to remain temporarily detained in the custody of the United States Marshals pending further proceedings.<br><br>**Appearances**: AUSA Abbie Broughton for the Government, AFPD Keith Terry, III for Defendant. Defendant is present and in custody. (Recorded by COURTSMART) Hearing held 3:07 PM to 3:10 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (AO) (Entered: 03/04/2025) |
| 02/27/2025 | 4 | SEALED CJA 23 Financial Affidavit by Yobani Alexander Ramos Iraheta. (AO) (Entered: 03/04/2025) |
| 03/04/2025 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Yobani Alexander Ramos Iraheta. Defendant committed to District of Northern District of Texas. Signed by Magistrate Judge John Z Boyle on 2/27/2025. (AO) (Entered: 03/04/2025) |
| 03/04/2025 | 6 | Notice to Northern District of Texas of a Rule 5 or Rule 32 Initial Appearance as to Yobani Alexander Ramos Iraheta. Your case number is: 2:21-CR-00052-Z-BR-1. Please use PACER Court Links to access the public docket and documents. Any necessary sealed or ex parte documents will be sent in a separate e-mail.<br><br>*(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (AO) (Entered: 03/04/2025) |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America | Case Number: 25-08120MJ-001-PHX-JZB |
| v. | Charging District's Case No. |
| Yobani Alexander Ramos Iraheta | 2:21-cr-00053-Z-BR-1 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Northern District of Texas, (if applicable) Amarillo division. The defendant may need an interpreter for this language: n/a.

The defendant:  ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 2/27/2025

_____
John Z. Boyle
United States Magistrate Judge