IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:21-CR-053-Z (01) |
| YOBANI ALEXANDER RAMOS IRAHETA | |

### MOTION TO REVOKE PRETRIAL RELEASE

The United States of America, by and through the United States Attorney for the Northern District of Texas, files this Motion to Revoke Pretrial Release of Yobani Alexander Ramos Iraheta, in support of which the United States shows as follows:

I.

On April 23, 2024, Iraheta was placed on pretrial release supervision pending trial under the following condition, among others:

**(1) The defendant must appear for court proceedings as required.**

II.

Defendant Iraheta violated these conditions in that:

1. The defendant failed to timely appear for a hearing set for September 6, 2024 before the Honorable Magistrate Lee Ann Reno.

II.

The United States respectfully asks that this Honorable Court revoke the defendant's pretrial release. Further, the United States requests that the defendant be

**Yobani Alexander Ramos Iraheta**
**Government's Motion to Revoke Pretrial Release - Page 1**

detained and ordered to the custody of the U.S. Marshals Service pending resolution of her case.

        Respectfully submitted,

        CHAD E. MEACHAM
        ACTING UNITED STATES ATTORNEY

        s/ Anna Marie Bell
        ANNA MARIE BELL
        Assistant United States Attorney
        New Mexico Bar No. 12501
        500 South Taylor Street, Suite 300
        Amarillo, Texas   79101-2446
        Telephone:   806-324-2356
        Facsimile:   806-324-2399
        E-Mail:   anna.bell@usdoj.gov